NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CATHLEEN R. SAMBRANO,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3204

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100648-I-1.

---

## ON MOTION

---

## ORDER

Cathleen R. Sambrano moves for an extension of time, until April 20, 2012, to file her principal brief. The government responds and does not object.

On December 5, 2011, Ms. Sambrano's petition for review was dismissed for failure to file an initial brief within the period provided for in Federal Circuit Rule 31(a). On February 7, 2012, this court granted Ms. Sambrano's request that her appeal be reinstated. The February 7, 2012 order instructed that the opening brief was

due within 30 days, thus making Ms. Sambrano's principal brief due no later than March 8, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that Ms. Sambrano's initial brief must be filed on or before April 9, 2012. No further extensions.

(2) The court's December 5, 2011 dismissal order will be vacated, the mandate will be recalled, and the petition for review will be reinstated only if Ms. Sambrano files her brief on or before April 9, 2012.

FOR THE COURT

MAR 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly.
Clerk

cc: Arcadio Joaquin, Jr., Esq.
    Michael P. Goodman, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK